FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 03 2021
JAMES W. McCORMACK, CLERK
By: Tammy C/ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 4:21CR 00042 BSM |
| | ) |
| vs. | ) 18 U.S.C. §922(g)(1) |
| | ) |
| CORTEZ WESTBROOK | ) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A.   On or about May 9, 2020, the defendant,

CORTEZ WESTBROOK,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

   1.   Possession of a Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2012-1067: and

   2.   Possession of a Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2013-4153.

B.   On or about May 9, 2020, in the Eastern District of Arkansas, the defendant,

CORTEZ WESTBROOK,

knowingly possessed, in and affecting commerce, a firearm, that is: a Springfield XD 40 caliber firearm, bearing serial number MG364803, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CORTEZ WESTBROOK, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]